ACCEPTED
03-14-00088-CR
5332138
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/19/2015 8:12:44 AM
JEFFREY D. KYLE
CLERK

**NO. 03-14-00088-CR**
**03-14-00408-CR**

IN THE

COURT OF APPEALS

THIRD DISTRICT OF TEXAS

AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/19/2015 8:12:44 AM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| DARIUS DONTAE LOVINGS | § | APPELLANT |
| VS. | § | |
| THE STATE OF TEXAS | § | APPELLEE |

APPEAL FROM THE 390TH JUDICIAL DISTRICT COURT

TRAVIS COUNTY, TEXAS

CAUSE NO. D1-DC-12-301231 and D1-DC-12-203247

**STATE'S SECOND MOTION FOR EXTENSION OF TIME**

**TO THE HONORABLE COURT OF APPEALS:**

The State of Texas respectfully moves for an extension of the deadline for filing the State's brief and, in accordance with Texas Rules of Appellate Procedure 38.6 and 10.5(b), advises the Court as follows:

(a)     Following his convictions for Murder and Aggravated Robbery, the appellant filed his notice of appeal in the above causes on February 10, 2014, and June 18, 2014.  Appellant's counsel filed a brief on March 18, 2015.

1

(c)     The State's brief is currently due on **May 18, 2015**.

(c)     This request is that the deadline for filing the State's brief be extended by **30 days**.

(d)     The number of previous extensions of time granted for submission of the **State's** brief is: **one**.

(e)     The State relies upon the following facts to reasonably explain the need for an extension of the deadline:

1. During the period since the appellant's brief was filed, the undersigned attorney has completed and filed an original brief in another pending appellate case, (i.e. *In the Matter of R.J.,* No. 03-14-00389-CV); and has completed and filed an answer in another case pending in the 167th Judicial District Court of Travis County on a writ of habeas corpus (*Ex parte Gary Stier*, No. 0924772). The undersigned attorney is also responsible for preparing the State's brief in another pending appellate case (i.e. *In the Matter of N.G.-D.,* No. 03-14-00437-CV).

2. This request is not made for the purpose of delay, but to ensure that the Court has a proper State's brief to aid in the just disposition of the above cause.

WHEREFORE, the State of Texas respectfully requests that the deadline for

filing the State's brief be extended to **June 17, 2015.**

Respectfully submitted,

ROSEMARY LEHMBERG
District Attorney
Travis County, Texas

*/s/ Kathryn A. Scales*
Kathryn A. Scales
Assistant District Attorney
State Bar No. 00789128
P.O. Box 1748
Austin, Texas 78767
(512) 854-9400
Fax No. 854-4810
Kathryn.Scales@traviscountytx.gov
AppellateTCDA@traviscountytx.gov

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4(i), I hereby certify, based upon the computer program used to generate this motion, that this motion contains 283 words, excluding words contained in those parts of the motion that Rule 9.4(i) exempts from inclusion in the word count.  I certify, further, that this motion is printed in a conventional, 14-point typeface.

*/s/ Kathryn A. Scales*
Kathryn A. Scales
Assistant District Attorney


## CERTIFICATE OF SERVICE

I hereby certify that, on the 19th day of May, 2015, a true and correct copy of this motion was served, by U.S. mail, electronic mail, facsimile, or electronically through the electronic filing manager, to the Appellant's attorney, Paul Evans, Attorney at Law, 811 Nueces Street, Austin, Texas 78701-2215.

*/s/ Kathryn A. Scales*
Kathryn A. Scales
Assistant District Attorney